20099. WILLIAMS, State Revenue Commissioner, *v.*
SUWANNEE LONGLEAF MANUFACTURING
COMPANY.

CANDLER, Justice. Since granting the writ of certiorari in this case, we have further examined and considered the ruling of the Court of Appeals upon which error was assigned in the application to this court for such writ; and, after so doing, we have reached the conclusion that the ruling excepted to is not erroneous for any reason assigned. Hence, the judgment rendered in the cause by that court will not be reversed by this court.

*Judgment affirmed. All the Justices concur.*
ARGUED NOVEMBER 10, 1958—DECIDED JANUARY 12, 1959.

*Eugene Cook, Attorney-General, Ben F. Johnson, Jr., Hugh Gibert, Robt. H. Walling, John M. Bowling, Deputy Assistant Attorneys-General,* for plaintiff in error.

*B. Lamar Tillman, Tillman & Brice,* contra.

*Harry C. Howard, Jr., Spalding, Sibley, Troutman, Meadow & Smith, Brannen, Clark & Hester, Edwin A. Friedman, Haas, Holland & Blackshear, Alston, Sibley, Miller, Spann & Shackelford, Henry J. Miller, James E. Thomas, Moise, Post & Gardner, Allen Post, Hugh E. Wright, Eberhardt, Franklin, Barham & Coleman,* for parties at interest not parties to record.